CARL STANDTKE, Appellant, *v.* THE SWITS CONDÉ COMPANY, Respondent.

*Standtke* v. *The Swits Condé Company*, 64 App. Div. 625, affirmed.
(Argued June 22, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 22, 1901, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*D. P. Morehouse* and *L. C. Rowe* for appellant.

*Elisha B. Powell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ.    Absent : MARTIN, J.